[No. 8397-3-II.   Division Two.   December 3, 1986.]

FORREST OWENS, *Plaintiff,* v. THOMAS J. MISKOVSKY,
ET AL, *Respondents,* CONTRACTORS BONDING
AND INSURANCE COMPANY, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 83-2-00130-2, Thomas R. Sauriol, J., entered December 14, 1984. *Reversed* by unpublished opinion per Hanley, J. Pro Tem., concurred in by Alumbaugh and Thompson, JJ. Pro Tem.

[No. 7876-1-III.   Division Three.   December 4, 1986.]

LARRY A. EVANS, ET AL, *Appellants,* v. WALTER
E. WEEKS, JR., ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Yakima County, No. 83-2-01615-0, Ted Kolbaba, J., entered September 16, 1985. *Affirmed* by unpublished opinion per Munson, J., concurred in by McInturff, A.C.J., and Thompson, J.

[No. 7532-0-III.   Division Three.   December 4, 1986.]

PACIFIC POWER AND LIGHT COMPANY, *Appellant,* v.
TANDY CORPORATION, *Respondent.*

Appeal from a judgment of the Superior Court for Yakima County, No. 84-2-01657-3, Walter A. Stauffacher, J., entered June 14, 1985. *Affirmed* by unpublished opinion per Thompson, J., concurred in by McInturff, A.C.J., and Munson, J.